

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

~~MEMO ENDORSED~~

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 9, 2010

**BY HAND**

The Honorable George A. Yanthis
Chief United States Magistrate Judge
Southern District of New York
300 Quarropas Street
New York, New York 10601

      Re    <u>United States v. Andrew Bartok</u>
            10 Mag. 504

Dear Chief Judge Yanthis:

      The Government writes to bring to the Court's attention a clerical error in the Government's affirmation in support of an order of continuance submitted earlier today.

      In the third paragraph, the Government requested a continuance of seven days – the amount of time agreed to by defendant's counsel, David Wikstrom, Esq. However, the fourth paragraph incorrectly stated that on June 3, 2010, David Wikstrom agreed to a continuance of twenty-eight days. In fact, Mr. Wikstrom agreed to a continuance of only seven days.

      In reliance on that error, the Court set the preliminary hearing date as July 7, 2010 rather than June 16, 2010. Because an indictment was filed this afternoon, the Government is no longer seeking an order of continuance and respectfully requests that the order of continuance entered this morning by the Court be withdrawn or amended to reflect the correct date of June 16, 2010.

*[Handwritten: Said order of continuance is hereby amended to reflect the correct date of June 16, 2010]*

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
John P. Collins, Jr.
Assistant United States Attorney
(914) 993-1919

**SO ORDERED:**
_____ 6/10/10
**Hon. George A. Yanthis**
**United States Magistrate Judge**

cc: David Wikstrom, Esq. (by facsimile)